562 S.E.2d 346

**Bennie E. LEAVELL, Jr., s/k/a Bennie Edward Leavell, Jr., Appellant,**

v.

**COMMONWEALTH of Virginia, Appellee.**

**Record No. 1226–00–1.**

Court of Appeals of Virginia.

April 16, 2002.

UPON REMAND FROM THE SUPREME
COURT OF VIRGINIA

In accordance with the order of the Supreme Court of Virginia entered on November 15, 2001, the opinion previously rendered by this Court on July 3, 2001 is withdrawn and the

mandate entered on that date is vacated. This Court's orders entered on August 7, 2001 are also vacated.

As further directed by the order of the Supreme Court, and in accordance with the decision of that Court in *Commonwealth v. Southerly*, 262 Va. 294, 551 S.E.2d 650 (2001), the case is hereby transferred to the Supreme Court of Virginia pursuant to Code § 8.01–677.1.

This order shall be published.